B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

<table>
<tr><td>Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Rancho Malibu, LLC**</td><td>Name of Joint Debtor (Spouse) (Last, First, Middle):</td></tr>
<tr><td>All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):</td><td>All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):</td></tr>
<tr><td>Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **55-0849075**</td><td>Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all):</td></tr>
<tr><td>Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**24111 Pacific Coast Highway**<br>**Malibu, CA**<br><br>ZIPCODE **90265**</td><td>Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br><br><br>ZIPCODE</td></tr>
<tr><td>County of Residence or of the Principal Place of Business:<br><br>**Los Angeles**</td><td>County of Residence or of the Principal Place of Business:</td></tr>
<tr><td>Mailing Address of Debtor (if different from street address)<br><br>**P.O. Box 6528**<br>**Malibu, CA**<br><br>ZIPCODE **90264**</td><td>Mailing Address of Joint Debtor (if different from street address):<br><br><br><br>ZIPCODE</td></tr>
<tr><td colspan="2">Location of Principal Assets of Business Debtor (if different from street address above):<br><br>**24111 Pacific Coast Highway, Malibu, CA**<br><br>ZIPCODE **90265**</td></tr>
</table>

<table>
<tr>
<td><b>Type of Debtor</b><br>(Form of Organization)<br>(Check <b>one</b> box.)<br><br>☐ Individual (includes Joint Debtors)<br><i>See Exhibit D on page 2 of this form.</i><br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)</td>
<td><b>Nature of Business</b><br>(Check <b>one</b> box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br><br><b>Tax-Exempt Entity</b><br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).</td>
<td><b>Chapter of Bankruptcy Code Under Which the Petition is Filed</b> (Check <b>one</b> box.)<br><br>☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br><br><b>Nature of Debts</b><br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."  ☑ Debts are primarily business debts.</td>
</tr>
</table>

<table>
<tr>
<td><b>Filing Fee</b> (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.</td>
<td><b>Chapter 11 Debtors</b><br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 <i>(amount subject to adjustment on 4/01/13 and every three years thereafter).</i><br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).</td>
</tr>
</table>

<table>
<tr>
<td><b>Statistical/Administrative Information</b><br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.</td>
<td>THIS SPACE IS FOR COURT USE ONLY</td>
</tr>
</table>

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                      Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rancho Malibu, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><strong>Exhibit A</strong><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><strong>Exhibit B</strong><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)                Date</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 1 (Official Form 1) (4/10)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rancho Malibu, LLC** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>**Daniel J. Weintraub 132111**<br>**Weintraub & Selth, APC**<br>**12121 Wilshire Blvd., Ste. 1300**<br>**Los Angeles, CA 90025**<br>**(310) 207-1494 Fax: (310) 442-0660**<br><br><br>**July 6, 2010**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>**Richard Weintraub**<br>Printed Name of Authorized Individual<br><br>**Manager**<br>Title of Authorized Individual<br><br>**July 6, 2010**<br>Date | _____<br>Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Daniel J. Weintraub 132111<br>Weintraub & Selth, APC<br>12121 Wilshire Blvd., Ste. 1300<br>Los Angeles, CA 90025<br>Tele: (310) 207-1494  Fax: (310) 442-0660<br><br>☑ Attorney for | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Rancho Malibu, LLC<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☑ Petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other: _____          Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____          July  6, 2010
Signature of Authorized Signatory of Filing Party          Date

**Richard Weintraub**
Printed Name of Authorized Signatory of Filing Party

**Manager**
Title of Authorized Signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_____          July  6, 2010
Signature of Attorney for Filing Party          Date

**Daniel J. Weintraub**
Printed Name of Attorney for Filing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

November 2006

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## CERTIFICATE OF RESOLUTIONS
## OF THE MANAGERS AND MEMBERS OF
## RANCHO MALIBU, LLC

The undersigned, being the Managing Members of RANCHO MALIBU, LLC, do hereby certify that the following resolutions were adopted at a duly constituted emergency meeting of the Managing Member(s) on July 2, 2010:

"RESOLVED that Richard Weintraub is authorized to execute and file or cause to be filed a petition under Chapter 11 of the United States Bankruptcy Code on behalf of RANCHO MALIBU, LLC.

"RESOLVED that the filing of a Chapter 11 case on behalf of RANCHO MALIBU, LLC is in the best interest of the limited liability company, its managers and members.

"RESOLVED that Weintraub & Selth. APC is retained to act as general bankruptcy counsel in that proceeding,

"RESOLVED that Richard Weintraub is the party designated to act on behalf of the limited liability company in all matters pertaining to the Chapter 11 proceeding including, but not limited to, executing documents, and appearing in Court and at the 341(a) Meeting of Creditors as necessary.

Dated:   July 5, 2010

_____
Richard Weintraub
Manager

Dated:   July 5, 2010

_____
Lou Cicalese
Manager

Dated:   July 5, 2010

DIMES. LLC, a Member

_____
By: Lou Cicalese
Its Manager

Dated:   July 5, 2010

REB MALIBU LLC. a Member

_____
By: Richard Weintraub
Its Manager

Dated:   July 5, 2010

MANHATTAN PARTNERS, LLC. a Member

_____
By: Kushmand Sohaili
Its Manager

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                    Case No. _____

Rancho Malibu, LLC                                       Chapter 11
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| HKS Architects, Inc.<br>P.O. Box 674097<br>Dallas, TX 75267 | Steven H. Schwartz<br>Schwartz & Janzen LLP<br>12100 Wilshire Blvd., Suite 1125<br>Los Angeles, CA 90025-7117 | Lawsuit | | 454,124.48 |
| Psomas<br>P.O. Box 51463<br>Los Angeles, CA 90051 | Psomas Engineering<br>555 South Flower St., Suite 4400<br>Los Angeles, CA 90071-2416 | Professional Fees | | 332,854.27 |
| BAMO, Inc.<br>510 Third Street<br>San Francisco, CA 94107 | Pete Ryan<br>MBV Law LLP<br>855 Front St.<br>San Francisco, CA 94111 | Lawsuit | | 297,123.39 |
| James Hyatt Studio<br>P.O. Box 57515<br>Los Angeles, CA 90074 | | Lawsuit | | 160,782.93 |
| Akin Gump LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 | | Legal Fees | | 158,992.80 |
| Parkitects<br>4182 Cresta Avenue<br>Santa Barbara, CA 93110 | Alan D. Wilner<br>847 N. Hollywood Way, Suite 201<br>Burbank, CA 91505-2826 | Lawsuit | | 130,303.32 |
| Gaines & Stacey LLP<br>16633 Ventura Blvd., Suite 1220<br>Encino, CA 91436 | | Legal Fees | | 70,099.38 |
| Matt Construction Corporation<br>9814 Norwalk Blvd., Suite 100<br>Santa Fe Springs, CA 90670 | | Trade debt | | 62,894.58 |
| STO Design Group, Inc.<br>2500 Redhill Ave., Suite 205<br>Santa Ana, CA 92705 | | Professional Fees | | 43,440.00 |
| Van Beveren & Butelo, Inc.<br>706 W. Broadway, Suite 201<br>Glendale, CA 91204 | | Professional Fees | | 43,178.70 |
| AMEC Geomatrix Inc.<br>2101 Webster Street, 12th Floor<br>Oakland, CA 94612 | AMEC Geomatrix Inc.<br>510 Superior Avenue<br>Newport Beach, CA 92663-3664 | Trade debt | | 31,100.71 |
| Greenworks Studio<br>5150 Wilshire Blvd.<br>Los Angeles, CA 90036 | | Professional Fees | | 28,550.78 |
| Freedman & Taitelman, LLP<br>1901 Avenue of the Stars, Suite 500<br>Los Angeles, CA 90067 | | Legal Fees | | 25,000.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Rowley International, Inc.<br>2325 Palos Verdes Drive West, Suite 312<br>Palos Verdes Estates, CA 90274 | Lawsuit | 14,725.00 |
| Ensitu Engineering<br>685 Main Street, Suite A<br>Morro Bay, CA 93442 | Trade debt | 12,723.00 |
| Veneklasen Associates<br>1711 Sixteenth Street<br>Santa Monica, CA 90404 | Fees | 11,630.00 |
| Lang Lighting Design, Inc.<br>4645 N. Central Expressway, Suite 120<br>Dallas, TX 75205 | Trade debt | 10,137.94 |
| Natural Resources Spa Consulting, Inc.<br>319 East 78th Street, Suite 4A<br>New York, NY 10021 | Trade debt | 8,290.80 |
| PCR Service Corporation<br>233 Wilshire Blvd., Suite 130<br>Santa Monica, CA 90401 | Trade debt | 8,028.34 |
| Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071 | Legal Fees | 5,660.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **July 6, 2010**    Signature: _____

**Richard Weintraub, Manager**
(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                          Case No. _____

Rancho Malibu, LLC _____    Chapter **11** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached
Master Mailing List of creditors, consisting of _____ **7** sheet(s) is complete, correct and consistent with the debtor's schedules
pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.


Date: **July 6, 2010** _____  _____    Signature: _____
                                                    **Richard Weintraub, Manager**
                                                                                                                    Debtor


Date: _____    Signature: _____
                                                                                                        Joint Debtor, if any

Date: **July 6, 2010** _____  _____    Signature: _____
                                                    **Daniel J. Weintraub 132111**
                                                                                                        Attorney (if applicable)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Rancho Malibu LLC
PO Box 6528
Malibu, CA  90264


Weintraub & Selth APC
12121 Wilshire Blvd Ste 1300
Los Angeles, CA  90025

Akin Gump LLP
2029 Century Park East Suite 2400
Los Angeles, CA  90067


Alan D Wilner
847 N Hollywood Way Suite 201
Burbank, CA  91505-2826


AMEC Geomatrix Inc
2101 Webster Street 12th Floor
Oakland, CA  94612


AMEC Geomatrix Inc
510 Superior Avenue
Newport Beach, CA  92663-3664


BAMO Inc
510 Third Street
San Francisco, CA  94107


Biosolutions Incorporated
5310 Derry Ave Suite E
Agoura Hills, CA  91301


CP O'Halloran Associates Inc
2659 Townsgate Road Suite 213
Westlake Village, CA  91361


East West Bank
9300 Flair Drive 6th Floor
El Monte, CA  91731


Ensitu Engineering
685 Main Street Suite A
Morro Bay, CA  93442

Franchise Tax Board
Attention: Bankruptcy
PO Box 2952
Sacramento, CA  95812-2952


Freedman & Taitelman LLP
1901 Avenue of the Stars Suite 500
Los Angeles, CA  90067


Gaines & Stacey LLP
16633 Ventura Blvd Suite 1220
Encino, CA  91436


Greenworks Studio
5150 Wilshire Blvd
Los Angeles, CA  90036


Gregory L Doll
Doll & Amir LLP
1888 Century Park East Suite 1106
Los Angeles, CA  90067


HKS Architects Inc
PO Box 674097
Dallas, TX  75267


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


James Hyatt Studio
PO Box 57515
Los Angeles, CA  90074

Lang Lighting Design Inc
4645 N Central Expressway Suite 120
Dallas, TX  75205


Law Offices of Asha Dhillon
1880 Century Park East Suite 315
Los Angeles, CA  90067


Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA  90054


Manhattan Partners LLC
704 18th St
Santa Monica, CA  90402


Matt Construction Corporation
9814 Norwalk Blvd Suite 100
Santa Fe Springs, CA  90670


Natural Resources Spa Consulting Inc
319 East 78th Street Suite 4A
New York, NY  10021


Parkitects
4182 Cresta Avenue
Santa Barbara, CA  93110


Paul Hastings Janofsky & Walker LLP
515 South Flower Street 25th Floor
Los Angeles, CA  90071


PCR Service Corporation
233 Wilshire Blvd Suite 130
Santa Monica, CA  90401

Pete Ryan
MBV Law LLP
855 Front St
San Francisco, CA  94111


Peter L Weinberger
10960 Wilshire Blvd Suite 1225
Los Angeles, CA  90024


Psomas
PO Box 51463
Los Angeles, CA  90051


Psomas Engineering
555 South Flower St Suite 4400
Los Angeles, CA  90071-2416


Richard & Liane Weintraub
PO Box 6528
Malibu, CA  90264


Richard E Weintraub
PO Box 6528
Malibu, CA  90264


Richard H Penner
Cornell University
248 Statler Hall
Ithaca, NY  14853


Robert D Rosso
141 Duesenberg Dr Suite 15A
Westlake Village, CA  91362-1268

Rowley International Inc
2325 Palos Verdes Drive West Suite 312
Palos Verdes Estates, CA   90274


Samuel J Muir
Collins Collins Muir & Stewart LLP
1100 El Centro St
South Pasadena, CA   91030


Steven H Schwartz
Schwartz & Janzen LLP
12100 Wilshire Blvd Suite 1125
Los Angeles, CA   90025-7117


STO Design Group Inc
2500 Redhill Ave Suite 205
Santa Ana, CA   92705


TD Service Company
PO Box 11988
Santa Ana, CA   92711-1988


TD Service Company
1820 E First St Suite 210
Santa Ana, CA   92711


The Marshall Associates
Tribune Tower
409 13th St Suite 1300
Oakland, CA   94612


Valleycrest Landscape Development Inc
24151 Ventura Blvd
Calabasa, CA   91302

Van Beveren & Butelo Inc
706 W Broadway Suite 201
Glendale, CA  91204


Veneklasen Associates
1711 Sixteenth Street
Santa Monica, CA  90404


Weber & Baer
2029 Century Park East Suite 1400
Los Angeles, CA  90067


Weintraub Financial Services Inc
PO Box 6528
Malibu, CA  90264