United States Bankruptcy Court
Central District of California

IN RE:                                                                                               Case No. 1:10-bk-18138-GM

Rancho Malibu, LLC                                                                     Chapter 11
Debtor(s)

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| James Hyatt Studio<br>P.O. Box 57515<br>Los Angeles, CA 90074 | | Lawsuit | | 160,782.93 |
| Akin Gump LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067 | | Legal Fees | | 158,992.80 |
| Parkitects<br>4182 Cresta Avenue<br>Santa Barbara, CA 93110 | Alan D. Wilner<br>847 N. Hollywood Way, Suite 201<br>Burbank, CA 91505-2826 | Lawsuit | | 130,303.32 |
| Gaines & Stacey LLP<br>16633 Ventura Blvd., Suite 1220<br>Encino, CA 91436 | | Legal Fees | | 70,099.38 |
| Matt Construction Corporation<br>9814 Norwalk Blvd., Suite 100<br>Santa Fe Springs, CA 90670 | | Trade debt | | 62,894.58 |
| STO Design Group, Inc.<br>2500 Redhill Ave., Suite 205<br>Santa Ana, CA 92705 | | Professional Fees | | 43,440.00 |
| AMEC Geomatrix Inc.<br>2101 Webster Street, 12th Floor<br>Oakland, CA 94612 | AMEC Geomatrix Inc.<br>510 Superior Avenue<br>Newport Beach, CA 92663-3664 | Trade debt | | 31,100.71 |
| Greenworks Studio<br>5150 Wilshire Blvd.<br>Los Angeles, CA 90036 | | Professional Fees | | 28,550.78 |
| Lang Lighting Design, Inc.<br>4645 N. Central Expressway, Suite 120<br>Dallas, TX 75205 | | Trade debt | | 10,137.94 |
| Natural Resources Spa Consulting, Inc.<br>319 East 78th Street, Suite 4A<br>New York, NY 10021 | | Trade debt | | 8,290.80 |
| PCR Service Corporation<br>233 Wilshire Blvd., Suite 130<br>Santa Monica, CA 90401 | | Trade debt | | 8,028.34 |
| Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071 | | Legal Fees | | 5,660.00 |
| Freedman & Taitelman, LLP<br>1901 Avenue of the Stars, Suite 500<br>Los Angeles, CA 90067 | | Legal Fees | | 4,536.90 |
| Richard H. Penner<br>Cornell University<br>248 Statler Hall<br>Ithaca, NY 14853 | | Professional Fees | | 4,000.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| The Marshall Associates<br>Tribune Tower<br>409 13th St., Suite 1300<br>Oakland, CA 94612 | Professional Fees | 3,900.00 |
| Law Offices of Asha Dhillon<br>1880 Century Park East, Suite 315<br>Los Angeles, CA 90067 | Legal Fees | 3,347.50 |
| Biosolutions Incorporated<br>5310 Derry Ave., Suite E<br>Agoura Hills, CA 91301 | Trade debt | 650.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __July 20, 2010__    Signature: _____

Richard Weintraub, Manager

(Print Name and Title)