**Daniel J. Weintraub - Bar #132111**
**James R. Selth - Bar #123420**
**WEINTRAUB & SELTH, APC**
**11766 Wilshire Boulevard, Suite 1170**
**Los Angeles, CA 90025**
**Telephone: (310) 207-1494**
**Facsimile: (310) 442-0660**



FILED & ENTERED

DEC 16 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY espino    DEPUTY CLERK

Attorneys for Debtor and
Debtor-in-Possession,
RANCHO MALIBU, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>RANCHO MALIBU, LLC,<br><br>        Debtor. | Case No. 1:10-bk-18138-GM<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT AGREEMENT WITH EAST WEST BANK AND MUTUAL GENERAL RELEASE AGREEMENT BETWEEN DEBTOR AND DIMES, LLC**<br><br>Date:    December 14, 2010<br>Time:    10:00 a.m.<br>Place:   Courtroom 303 |

**AT WOODLAND HILLS, CALIFORNIA, ON THE DATE WRITTEN BELOW:**

The Motion to Approve Compromise and Settlement Agreement with East West Bank and Mutual General Release Agreement Between the Debtor and Dimes, LLC (the "Motion") filed by Rancho Malibu, LLC, debtor and debtor-in-possession ("Debtor") came on for hearing on December 14, 2010 at 10:00 a.m., in Courtroom 303 of the United States Bankruptcy Court, before the Honorable Geraldine Mund, United States Bankruptcy Judge, presiding.

//

Daniel J. Weintraub appeared on behalf of the Debtor. Other appearances are as set forth in the record.

Based on the matters set forth in the Motion, having considered the evidence in support of the Motion, all relevant documents on file in the case and for good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is hereby granted in its entirety.

2. The Court approves the Settlement Agreement between Debtor and East West Bank ("EWB") and Mutual General Release Agreement between the Debtor and Dimes, LLC ("Dimes").

3. The Court authorizes and directs the Debtor to comply with all terms of the Settlement Agreement with EWB.

4. The proceeds of $125,000 from the Settlement Agreement with EWB shall be paid to the attorney client trust account of Weintraub & Selth, APC with no disbursements except upon further order of the Bankruptcy Court.

2

5.   The parties waive condition that there needs to be a final non-appealable order for the Agreement to be effective as set forth subparagraphs (ii) and (iii) of paragraph 5 of the Settlement Agreement between EWB and the Debtor.  Therefore, the Settlement Agreement is effective immediately.

# # #

DATED: December 16, 2010

_____
United States Bankruptcy Judge

3

| In re: RANCHO MALIBU, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-18138-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025**

The foregoing document described **ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT AGREEMENT WITH EAST WEST BANK AND MUTUAL GENERAL RELEASE AGREEMENT BETWEEN DEBTOR AND DIMES, LLC** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **n/a** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **n/a** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 14, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Deliver to: Honorable Geraldine Mund, United States Bankruptcy Court – San Fernando Valley Division

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 14, 2010** | **Erika Hallrud** | **/s/ Erika Hallrud** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: RANCHO MALIBU, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-18138-GM |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT AGREEMENT WITH EAST WEST BANK AND MUTUAL GENERAL RELEASE AGREEMENT BETWEEN DEBTOR AND DIMES, LLC** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 14, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Stuart I Koenig    Skoenig@cmkllp.com
- David M Poitras    dpoitras@jmbm.com
- S Margaux Ross    margaux.ross@usdoj.gov
- James R Selth    jim@wsrlaw.net, charles@wsrlaw.net

- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net, charles@wsrlaw.net;erika@wsrlaw.net

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Rancho Malibu, LLC
24111 Pacific Coast Highway
Malibu, CA 90265

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9021-1.1**

| In re: RANCHO MALIBU, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:10-bk-18138-GM |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**