| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>LANCE N. JURICH (SBN 132695)<br>DERRICK TALERICO (SBN 223763)<br>LOEB & LOEB LLP<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067<br>Tel: (310) 282-2000<br>Fax: (310) 282-2200<br><br>☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br>**DEC 16 2010**<br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY espino   DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION**

| In re:<br>Rancho Malibu, LLC<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:10-bk-18138-GM<br><br>CHAPTER: 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>DATE: December 14, 2010<br>TIME: 10:00 a.m.<br>COURTROOM: 303<br>PLACE: 21041 Burbank Blvd., Woodland Hills, CA 91367 |

**MOVANT:** East West Bank

1. The Motion was: ☐ Opposed     ☐ Unopposed     ☒ Settled by stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address:* 24111 Pacific Coast Highway
   *Unit Number:*
   *City, State, Zip Code:* Malibu, California 90265

   Legal description or document recording number (including county of recording):

   ☒ See attached page.

3. The Motion is granted under: ☐ 11 U.S.C. § 362(d)(1) ☒ 11 U.S.C. § 362(d)(2) ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate,
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant shall not conduct a foreclosure sale before the following date (specify): December 15, 2010

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
    b. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived,
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-10-ER).
    d. ☐ See attached continuation page for additional provisions.

###

DATED: December 16, 2010

United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 3    **F 4001-1.ORDER.RP**

Commitment No.: NCS-266864-LA2

Exhibit "A"

PARCEL 1:

THAT PORTION OF RANCHO TOPANGA MALIBU SEQUIT, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, CONFIRMED TO MATTHEW KELLER BY PATENT RECORDED IN BOOK 1 PAGES 407 ET SEQ OF PATENTS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF THE LAND AS DESCRIBED IN PARCEL 1 IN THE QUITCLAIM DEED TO THE ADAMSON COMPANIES RECORDED MARCH 20, 1970 AS INSTRUMENT NO. 440, WITH THE EASTERLY LINE OF THE LAND AS DESCRIBED IN PART A IN THE DEED TO PEPPERDINE COLLEGE RECORDED AUGUST 17, 1970 AS INSTRUMENT NO. 1743; THENCE EASTERLY ALONG SAID NORTHERLY LINE TO AN ANGLE POINT IN THE WESTERLY LINE OF THE LAND AS DESCRIBED IN PARCEL 3 IN THE DEED TO RAYMON J. GAGNON ET AL RECORDED JULY 25, 1945 AS INSTRUMENT NO. 822 IN BOOK 22187 PAGE 271 OF OFFICIAL RECORDS; THENCE ALONG SAID WESTERLY LINE NORTH 04° 52' 20" WEST 169.88 FEET TO THE SOUTHWESTERLY LINE OF THE 80.00 FOOT WIDE STRIP OF LAND AS DESCRIBED IN THE DEED TO THE COUNTY OF LOS ANGELES RECORDED SEPTEMBER 18, 1941 IN BOOK 18752 PAGE 205 OF OFFICIAL RECORDS; THENCE NORTHWESTERLY ALONG SAID SOUTHWESTERLY LINE TO THE MOST SOUTHERLY CORNER OF THE LAND AS DESCRIBED IN PARCEL 7 IN THE DEED TO RHODA R. ADAMSON RECORDED AUGUST 29, 1949 AS INSTRUMENT NO. 783 IN BOOK 30875 PAGE 17 OF OFFICIAL RECORDS; THENCE ALONG SOUTHERLY BOUNDARY OF THE LAND AS DESCRIBED IN PARCEL 7 IN SAID DEED TO RHODA R. ADAMSON AS FOLLOWS, SOUTH 85° 55' 09" WEST 127.59 FEET, NORTH 64° 44' 45" WEST 306.89 FEET AND SOUTH 89° 08' 35" WEST TO THE EASTERLY LINE OF THE LAND AS DESCRIBED IN PART A IN SAID HEREINABOVE MENTIONED DEED TO PEPPERDINE COLLEGE; THENCE SOUTHERLY ALONG SAID EASTERLY LINE TO THE POINT OF BEGINNING.

EXCEPT THEREFROM ALL MINERALS, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES BUT WITHOUT RIGHT OF SURFACE ENTRY.

PARCEL 2:

THAT PORTION OF RANCHO TOPANGA MALIBU SEQUIT, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS CONFIRMED TO MATTHEW KELLER BY PATENT RECORDED IN BOOK 1 PAGES 407 ET SEQ. OF PATENTS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHWESTERLY LINE OF MALIBU CANYON ROAD (80 FOOT WIDE) AS SHOWN ON COUNTY SURVEYOR'S MAP NO. B-1604 SHEET 1 ON FILE IN THE OFFICE OF THE COUNTY ENGINEER OF SAID COUNTY WHICH BEARS SOUTH 30° 23' 35" WEST 40.00 FEET FROM ENGINEER'S CENTER LINE STATION 21 PLUS 60.21 AT THE NORTHWESTERLY TERMINUS OF THAT CERTAIN CENTER LINE COURSE AS SHOWN ON SAID MAP NO. B-1604 SHEET 1 AS HAVING BEARING AND LENGTH OF "NORTH 59° 36' 25" WEST 1001.23 FEET"; THENCE SOUTH 85° 55' 09" WEST 127.59 FEET; THENCE NORTH 64° 44' 45" WEST 306.89 FEET; THENCE SOUTH 84° 20' 49" WEST TO THE SOUTHEASTERLY LINE OF THE LAND DESCRIBED IN PART "A" IN THE DEED TO PEPPERDINE COLLEGE RECORDED AUGUST 17, 1970 AS INSTRUMENT NO. 1743; THENCE NORTHEASTERLY ALONG SAID SOUTHEASTERLY LINE TO THE SOUTHWESTERLY CORNER OF THE LAND DESCRIBED IN PART "C" OF SAID DEED TO PEPPERDINE COLLEGE; THENCE EASTERLY ALONG THE SOUTHERLY LINE OF THE LAND DESCRIBED IN PART "C" OF SAID DEED TO PEPPERDINE COLLEGE TO THE SOUTHWESTERLY

*First American Title Insurance Company*

LINE OF THE LAND DESCRIBED IN PART "B" OF SAID DEED TO PEPPERDINE COLLEGE; THE SOUTHEASTERLY ALONG SAID SOUTHWESTERLY LINE TO AND ALONG SAID HEREINABOVE MENTIONED MALIBU CANYON ROAD TO THE POINT OF BEGINNING.

EXCEPT THEREFROM ALL MINERALS, OIL, PETROLEUM, ASPHALTUM, GAS, COAL AND OTHER HYDROCARBON SUBSTANCES IN, ON AND UNDER SAID LAND BUT WITHOUT THE RIGHT TO GO UPON OR UNDER SAID LAND FOR THE PURPOSE OF EXTRACTING ANY OF SAID SUBSTANCES, AS RESERVED BY MARBLEHEAD LAND COMPANY, A DELAWARE CORPORATION, IN DEED RECORDED AUGUST 29, 1949 AS INSTRUMENT NO. 783, IN BOOK 30875 PAGE 17, OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM ALL MINERALS, OIL, PETROLEUM, ASPHALTUM, GAS, COAL AND OTHER MINERAL AND HYDROCARBON SUBSTANCES AND WATER LYING IN, ON, WITHIN UNDER AND THAT MAY BE PRODUCED OR EXTRACTED FROM ANY REAL PROPERTY SITUATE, LYING AND BEING IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, TOGETHER WITH THE SOLE AND EXCLUSIVE RIGHT TO DRILL INTO, UNDER, ACROSS AND THROUGH SAID PROPERTY AT DEPTHS BELOW 500 FEET FROM THE SURFACE THEREOF FOR THE PURPOSE OF PROSPECTING FOR, DEVELOPING AND EXTRACTING SUCH SUBSTANCES IN, ON, WITHIN, UNDER AND THAT MAY BE PRODUCED FROM SAID LANDS AND EVERY PART THEREOF, AND IN, ON, WITHIN, UNDER AND THAT MAY BE PRODUCED FROM ANY OTHER LAND IN THE AREA;

PROVIDED, HOWEVER, THAT THIS DEED SHALL NEITHER GRANT NOR SHALL IT BE CONSTRUED AS GRANTING UNTO GRANTEE THE RIGHT TO GO UPON THE SURFACE OF SAID REAL PROPERTY TO TAKE, RECOVER OR REMOVE SUCH SUBSTANCES, AS GRANTED TO TRICORNIA LIMITED, A GENERAL PARTNERSHIP, BY DEED RECORDED JANUARY 15, 1981 AS DOCUMENT NO. 81-47443.

PARCEL 3:

THOSE PORTIONS OF THE RANCHO TOPANGA MALIBU SEQUIT, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS CONFIRMED TO MATTHEW KELLER BY PATENT RECORDED IN BOOK 1 PAGES 407 ET SEQ. OF PATENTS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE CENTER LINE OF THE 100 FOOT RIGHT-OF-WAY TO THE STATE OF CALIFORNIA, AS PER DOCUMENT RECORDED IN BOOK 20743 PAGE 271 OF OFFICIAL RECORDS, SAID CENTER LINE HAVING A BEARING OF SOUTH 84° 57' 07" WEST, AND SAID POINT BEING SOUTH 84° 57' 07" WEST 117.98 FEET ALONG SAID CENTER LINE FROM LOS ANGELES COUNTY ENGINEERS TRAVERSE STATION "SOLSTICE CANYON L-8" AS SAID TRAVERSE STATION IS SHOWN ON FIELD BOOK 1652, PAGES 67 AND 68 OF LOS ANGELES COUNTY; THENCE ALONG SAID CENTERLINE SOUTH 84° 57' 07" WEST 650 FEET TO A POINT HEREINAFTER REFERRED TO AS POINT "A"; THENCE NORTH 05° 02' 53" WEST 50 FEET TO A POINT ON THE NORTH LINE OF SAID 100 FOOT RIGHT-OF-WAY, SAID POINT BEING THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 05° 02' 53" WEST 40 FEET, THENCE NORTHEASTERLY IN A DIRECT LINE TO THE NORTHERLY TERMINUS OF THAT CERTAIN COURSE IN THE WESTERLY BOUNDARY OF THE LAND DESCRIBED AS PARCEL NO. 3 IN THE DEED TO RAYMON J. CAGNON, ET AL., RECORDED ON JULY 25, 1945 IN BOOK 22187 PAGE 124 OF OFFICIAL RECORDS SHOWN AS HAVING A BEARING AND LENGTH OF NORTH 29° 36' 27" WEST 465.53 FEET; THENCE ALONG SAID CERTAIN COURSE AND ITS PROLONGATION, SOUTH 29° 36' 27" EAST 472.96 FEET TO THE NORTH LINE OF SAID 100 FOOT RIGHT-OF-WAY; THENCE SOUTH 84° 57' 07" WEST ALONG SAID NORTH LINE TO THE TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING WEST OF THE WEST LINE OF

Commitment No.: NCS-266864-LA2

MALIBU CANYON ROAD AS DESCRIBED IN DEED RECORDED AS INSTRUMENT NO. 2896 ON DECEMBER 8, 1970, IN BOOK D-4910 PAGE 516, OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM ALL MINERAL, OIL, PETROLEUM, ASPHALTUM, GAS, COAL, OTHER MINERAL AND HYDROCARBON SUBSTANCES AND WATER LYING IN, ON, WITHIN, UNDER AND THAT MAY BE PRODUCED OR EXTRACTED FROM SAID PROPERTY AND EVERY PART THEREOF; PROVIDED, HOWEVER, THAT THIS EXCEPTION SHALL NEITHER RESERVE NOR SHALL BE CONSTRUED AS RESERVING UNTO GRANTOR AND GRANTOR SHALL NOT HAVE, THE RIGHT TO GO UPON THE SURFACE OR WITHIN THE UPPER 500 FEET MEASURED VERTICALLY DOWNWARD FROM THE SURFACE OF SAID PROPERTY TO EXTRACT SAID SUBSTANCES, BUT THERE IS EXPRESSLY RESERVED UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS THE SOLE AND EXCLUSIVE RIGHT TO DRILL INTO, UNDER ACROSS AND THROUGH SAID PROPERTY AT DEPTHS BELOW 500 FEET FROM THE SURFACE FOR THE PURPOSE OF TAKING, RECOVERING AND REMOVING SAID SUBSTANCES IN, ON, WITHIN, UNDER AND THAT MAY BE PRODUCED OR EXTRACTED FROM SAID PROPERTY, EVERY PART THEREOF, AS RESERVED BY MARBLEHEAD LAND COMPANY, A CORPORATION, IN DEED RECORDED MARCH 20, 1970 AS INSTRUMENT NO. 434, AND THE ADAMSON COMPANIES, A PARTNERSHIP, IN DEED RECORDED MARCH 20, 1970 AS INSTRUMENT NO. 447.

APN: 4458-028-015; 4458-028-019 and 4458-030-007

*First American Title Insurance Company*

| In re:<br>RANCHO MALIBU, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:10-bk-18138-GM |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067-4120

A true and correct copy of the foregoing document described as ORDERING GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY) (MOVANT: EAST WEST BANK) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On December 14, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 14, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA EMAIL:
Stuart I Koenig    Skoenig@cmkllp.com
David M Poitras    dpoitras@jmbm.com
S Margaux Ross    margaux.ross@usdoj.gov
James R Selth    jim@wsrlaw.net, charles@wsrlaw.net
Daniel J Weintraub    dan@wsrlaw.net, charles@wsrlaw.net;erika@wsrlaw.net


Hon. Geraldine Mund, USBC, 21041 Burbank Blvd., Woodland Hills, CA 91367 (Via Personal Delivery)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 14, 2010 | Kathryn M. Presson | /s/ Kathryn M. Presson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>RANCHO MALIBU, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:10-bk-18138-GM |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**II.  Service by U.S. Mail:**

Rancho Malibu, LLC
3610 Avenida Callada
Calabasas, CA  91302

Rancho Malibu, LLC
24111 Pacific Coast Highway
Malibu, CA  90265

Rancho Malibu, LLC
P.O. Box 6528
Malibu, CA  90264

Security Pacific Credit Corp.,
 a California corporation
12121 Wilshire Blvd., Suite 1350
Los Angeles, CA  90025

James Hyatt Studio
P.O. Box 57515
Los Angeles, CA  90074

Akin Gump LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067

Parkitects
4182 Cresta Avenue
Santa Barbara, CA  93110

Alan D. Wilner
847 N. Hollywood Way, Suite 201
Burbank, CA  91505-2826

Gaines & Stacey LLP
16633 Ventura Blvd., Suite 1220
Encino, CA  91436

Matt Construction Corporation
9814 Norwalk Blvd., Suite 100
Santa Fe Springs, CA  90670

STO Design Group, Inc.
2500 Redhill Ave., Suite 205
Santa Ana, CA  92705

AMEC Geomatrix, Inc.
2101 Webster St., 12th Floor
Oakland, CA  94612

AMEC Geomatrix, Inc.
510 Superior Avenue
Newport Beach, CA  92663-3664

Greenworks Studio
5150 Wilshire Blvd.
Los Angeles, CA  900306

Lang Lighting Design, Inc.
4645 N. Central Expressway, #120
Dallas, TX  75205

Natural Resources Spa Consulting Inc.
319 East 78th St., Suite 4A
New York, NY  10021

PCR Service Corporation
233 Wilshire Blvd., Suite 130
Santa Monica, CA  90401

Paul, Hastings, Janofsky &
  Walker LLP
515 S. Flower St., 25th Floor
Los Angeles, CA  90071

Freedman & Taitelman, LLP
1901 Avenue of the Stars
Suite 500
Los Angeles, CA  90067

Richard H. Penner
Cornell University
248 Statler Hall
Ithaca, NY  14853

The Marshall Associates, Inc.
201 3rd Street, Suite 1
Oakland, CA  94607-4338

Law Offices of Asha Dhillon
1880 Century Park East, Suite 315
Los Angeles, CA  90067

Biosolutions Incorporated
5310 Derry Ave., Suite E
Agoura Hills, CA  91301

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010* Page 3 **F 4001-1.ORDER.RP**

| In re:<br>RANCHO MALIBU, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:10-bk-18138-GM |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING EIGHTH STIPULATION TO CONTINUE HEARING ON EAST WEST BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 14, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com
Stuart I Koenig    Skoenig@cmkllp.com
David M Poitras    dpoitras@jmbm.com
S Margaux Ross    margaux.ross@usdoj.gov
James R Selth    jim@wsrlaw.net, charles@wsrlaw.net
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Daniel J Weintraub    dan@wsrlaw.net, charles@wsrlaw.net;erika@wsrlaw.net

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

| In re:<br>RANCHO MALIBU, LLC<br><br>                                                                                          Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:10-bk-18138-GM |
|---|---|

| | | |
|---|---|---|
| Rancho Malibu, LLC<br>3610 Avenida Callada<br>Calabasas, CA  91302 | Rancho Malibu, LLC<br>24111 Pacific Coast Highway<br>Malibu, CA  90265 | Rancho Malibu, LLC<br>P.O. Box 6528<br>Malibu, CA  90264 |
| Security Pacific Credit Corp.,<br> a California corporation<br>12121 Wilshire Blvd., Suite 1350<br>Los Angeles, CA  90025 | James Hyatt Studio<br>P.O. Box 57515<br>Los Angeles, CA  90074 | Akin Gump LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067 |
| Parkitects<br>4182 Cresta Avenue<br>Santa Barbara, CA  93110 | Alan D. Wilner<br>847 N. Hollywood Way, Suite 201<br>Burbank, CA  91505-2826 | Gaines & Stacey LLP<br>16633 Ventura Blvd., Suite 1220<br>Encino, CA  91436 |
| Matt Construction Corporation<br>9814 Norwalk Blvd., Suite 100<br>Santa Fe Springs, CA  90670 | STO Design Group, Inc.<br>2500 Redhill Ave., Suite 205<br>Santa Ana, CA  92705 | AMEC Geomatrix, Inc.<br>2101 Webster St., 12th Floor<br>Oakland, CA  94612 |
| AMEC Geomatrix, Inc.<br>510 Superior Avenue<br>Newport Beach, CA  92663-3664 | Greenworks Studio<br>5150 Wilshire Blvd.<br>Los Angeles, CA  900306 | Lang Lighting Design, Inc.<br>4645 N. Central Expressway, #120<br>Dallas, TX  75205 |
| Natural Resources Spa Consulting Inc.<br>319 East 78th St., Suite 4A<br>New York, NY  10021 | PCR Service Corporation<br>233 Wilshire Blvd., Suite 130<br>Santa Monica, CA  90401 | Paul, Hastings, Janofsky &<br> Walker LLP<br>515 S. Flower St., 25th Floor<br>Los Angeles, CA  90071 |
| Freedman & Taitelman, LLP<br>1901 Avenue of the Stars<br>Suite 500<br>Los Angeles, CA  90067 | Richard H. Penner<br>Cornell University<br>248 Statler Hall<br>Ithaca, NY  14853 | The Marshall Associates, Inc.<br>201 3rd Street, Suite 1<br>Oakland, CA  94607-4338 |
| Law Offices of Asha Dhillon<br>1880 Century Park East, Suite 315<br>Los Angeles, CA  90067 | Biosolutions Incorporated<br>5310 Derry Ave., Suite E<br>Agoura Hills, CA  91301 | |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                 Page 3                                                                **F 4001-1.ORDER.RP**