Daniel J. Weintraub - Bar #132111
James R. Selth - Bar #123420
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660

Attorneys for Debtor and
Debtor-in-Possession,
RANCHO MALIBU, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO DIVISION

In re

RANCHO MALIBU, LLC,

    Debtor.

) Case No. 1:10-bk-18138-GM
)
) Chapter 11
)
) NOTICE OF: (1) PLAN
) CONFIRMATION HEARING; (2)
) DEADLINE FOR SUBMISSION OF
) BALLOTS; AND (3) DEADLINE FOR
) FILING OBJECTIONS TO PLAN
) CONFIRMATION
)
)
)
) **Plan Confirmation Hearing:**
) Date:    June 21, 2011
) Time:    10:00 a.m.
) Place:   Courtroom 303
)          21041 Burbank Blvd.
)          Woodland Hills, CA

TO ALL CREDITORS AND THE OFFICE OF THE UNITED STATES TRUSTEE:

**PLEASE TAKE NOTICE** that on June 21, 2011, at 10:00 a.m. in Courtroom 303 of the United States Bankruptcy Court located at 21041 Burbank Blvd., Woodland Hills, California, the Court will

hold a hearing to consider confirmation of the Plan of Reorganization filed by Rancho Malibu, LLC (the "Plan");

**PLEASE TAKE FURTHER NOTICE** that objections to confirmation of the Plan must be filed no later than June 10, 2011, with the Clerk of the Bankruptcy Court and served upon counsel for the Debtor as follows: Daniel J. Weintraub, Esq., Weintraub & Selth, APC, 11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025. Failure to timely file an objection may be deemed to constitute a consent or waiver of any objection, and the Bankruptcy Court may approve confirmation of the Plan without further notice or hearing;

**PLEASE TAKE FURTHER NOTICE** that in order to be considered, ballots voting on the Plan must be **received** by Weintraub & Selth, APC, Attn: Daniel J. Weintraub, Esq., by 5:00 p.m. PST on June 10, 2011, by mail at 11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025, or by facsimile at (310) 442-0660;

**PLEASE TAKE FURTHER NOTICE** that the Debtor shall file the ballots, ballot tally, and its confirmation brief on or before June 14, 2011.

Dated: May 10, 2011

WEINTRAUB & SELTH, APC

Daniel J. Weintraub
James R. Selth
Attorneys for Debtor and
Debtor-in-Possession,
RANCHO MALIBU, LLC