Daniel J. Weintraub - Bar #132111
James R. Selth - Bar #123420
WEINTRAUB & SELTH, APC
11766 Wilshire Boulevard, Suite 1170
Los Angeles, CA 90025
Telephone: (310) 207-1494
Facsimile: (310) 442-0660

Attorneys for Debtor and
Debtor-in-Possession,
RANCHO MALIBU, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO DIVISION

In re

RANCHO MALIBU, LLC,

        Debtor.

) Case No. 1:10-bk-18138-GM
)
) Chapter 11
)
) **NOTICE OF CONTINUANCE OF PLAN**
) **CONFIRMATION HEARING**
)
) Cont. Plan Confirmation Hearing:
)
) Date:    June 28, 2011
) Time:    10:00 a.m.
) Place:   Courtroom 303
)          21041 Burbank Blvd.
)          Woodland Hills, CA
)

**TO ALL CREDITORS, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE THAT** the hearing on confirmation of the Chapter 11 Plan of Debtor, Rancho Malibu, LLC, has been continued from June 21, 2011 to June 28, 2011 at 10:00 a.m., and will be held in Courtroom 303 of the United States Bankruptcy Court

```
 1  located at 21041 Burbank Boulevard, Woodland Hills, California
 2  91367.
 3
 4  Dated: June 16, 2011              WEINTRAUB & SELTH, APC
 5
 6                                    By /s/
 7                                       Daniel J. Weintraub
                                         James R. Selth
 8                                       Attorneys for Debtor and
                                         Debtor-in-Possession,
 9                                       RANCHO MALIBU, LLC
```

2

| In re   RANCHO MALIBU, LLC, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **11766 Wilshire Blvd., Suite 1170, Los Angeles, CA 90025.** The foregoing document described **NOTICE OF CONTINUANCE OF PLAN CONFIRMATION HEARING** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 16, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Lance N Jurich   ljurich@loeb.com, kpresson@loeb.com
- Stuart I Koenig   Skoenig@cmkllp.com
- David M Poitras   dpoitras@jmbm.com
- S Margaux Ross   margaux.ross@usdoj.gov
- James R Selth   jim@wsrlaw.net, charles@wsrlaw.net

- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
- Daniel J Weintraub   dan@wsrlaw.net, charles@wsrlaw.net;erika@wsrlaw.net

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **June 16, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 16, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Deliver to:  Honorable Geraldine Mund, United States Bankruptcy Court, Los Angeles, CA.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 16, 2011 | Erika Hallrud | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**

| | | |
|---|---|---|
| MATT CONSTRUCTION CORPORATION<br>9814 NORWALK BLVD SUITE 100<br>SANTA FE SPRINGS CA 90670-2997 | MR DAVID MAFFIT<br>WEINTRAUB FINANCIAL SERVICES INC<br>PO BOX 6528<br>MALIBU CA 90264-6528 | NATURAL RESOURCES SPA CONSULTING INC<br>319 EAST 78TH STREET SUITE 4A<br>NEW YORK NY 10075-9021 |
| PARKITECTS<br>4182 CRESTA AVENUE<br>SANTA BARBARA CA 93110-2408 | PARKITECTS INC A CORP<br>C/O ALAN D WILNER APC<br>847 NO HOLLYWOOD WAY STE 201<br>BURBANK CA 91505-2845 | PAUL HASTINGS JANOFSKY AND WALKER LLP<br>515 SOUTH FLOWER STREET 25TH FLOOR<br>LOS ANGELES CA 90071-2228 |
| PCR SERVICE CORPORATION<br>233 WILSHIRE BLVD SUITE 130<br>SANTA MONICA CA 90401-1217 | PETE RYAN<br>MBV LAW LLP<br>855 FRONT ST<br>SAN FRANCISCO CA 94111-1411 | PETER L WEINBERGER<br>10960 WILSHIRE BLVD SUITE 1225<br>LOS ANGELES CA 90024-3703 |
| PSOMAS<br>Attn Debra Lambeck<br>555 SOUTH FLOWER ST SUITE 4400<br>LOS ANGELES CA 90071-2416 | PSOMAS<br>PO BOX 51463<br>LOS ANGELES CA 90051-5763 | RICHARD AND LIANE WEINTRAUB<br>PO BOX 6528<br>MALIBU CA 90264-6528 |
| RICHARD E WEINTRAUB<br>PO BOX 6528<br>MALIBU CA 90264-6528 | RICHARD H PENNER<br>CORNELL UNIVERSITY<br>248 STATLER HALL<br>ITHACA NY 14853-6902 | ROBERT D ROSSO<br>141 DUESENBERG DR SUITE 15A<br>WESTLAKE VILLAGE CA 91362-1268 |
| ROWLEY INTERNATIONAL INC<br>2325 PALOS VERDES DRIVE WEST SUITE 312<br>PALOS VERDES ESTATES CA 90274-2755 | ROWLEY INTERNATIONAL INC<br>PETER L WEINBERGER<br>10960 WILSHIRE BLVD STE 1225<br>LOS ANGELES CA 90024-3703 | SAMUEL J MUIR<br>COLLINS COLLINS MUIR AND STEWART LLP<br>1100 EL CENTRO ST<br>SOUTH PASADENA CA 91030-5213 |
| STEVEN H SCHWARTZ<br>SCHWARTZ AND JANZEN LLP<br>12100 WILSHIRE BLVD SUITE 1125<br>LOS ANGELES CA 90025-7134 | STO DESIGN GROUP INC<br>2500 REDHILL AVE SUITE 205<br>SANTA ANA CA 92705-5518 | TD SERVICE COMPANY<br>1820 E FIRST ST SUITE 210<br>SANTA ANA CA 92705-4063 |
| TD SERVICE COMPANY<br>PO BOX 11988<br>SANTA ANA CA 92711-1988 | THE MARSHALL ASSOCIATES<br>TRIBUNE TOWER<br>409 13TH ST SUITE 1300<br>OAKLAND CA 94612-2605 | United States Trustee (SV)<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367-6550 |
| VALLEYCREST LANDSCAPE DEVELOPMENT INC<br>24151 VENTURA BLVD<br>CALABASA CA 91302-1449 | VAN BEVEREN AND BUTELO INC<br>706 W BROADWAY SUITE 201<br>GLENDALE CA 91204-1032 | VENEKLASEN ASSOCIATES<br>1711 SIXTEENTH STREET<br>SANTA MONICA CA 90404-4401 |
| WEBER AND BAER<br>2029 CENTURY PARK EAST SUITE 1400<br>LOS ANGELES CA 90067-2915 | WEINTRAUB FINANCIAL SERVICES INC<br>PO BOX 6528<br>MALIBU CA 90264-6528 | |

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA PA 19114-0326

Rancho Malibu, LLC
24111 Pacific Coast Highway
Malibu, CA 90265

Sandra Milstein, as Trustee of
the Sandra Milstein Family Trust
c/o Shane L. Wulterin
Ford, Walker, Haggerty & Behar, LLP
One World Trade Center
Twenty-Seventh Floor
Long Beach, CA 90831

AKIN GUMP LLP
2029 CENTURY PARK EAST SUITE 2400
LOS ANGELES CA 90067-3010

ALAN D WILNER
847 N HOLLYWOOD WAY SUITE 201
BURBANK CA 91505-2845

AMEC GEOMATRIX INC
2101 WEBSTER STREET 12TH FLOOR
OAKLAND CA 94612-3066

AMEC GEOMATRIX INC
510 SUPERIOR AVENUE
NEWPORT BEACH CA 92663-3663

Andrew L. Treger
WEBER & BAER
2029 Century Park East Ste 1400
Los Angeles CA 90067-2915

BAMO INC
510 THIRD STREET
SAN FRANCISCO CA 94107-6812

BIOSOLUTIONS INCORPORATED
5310 DERRY AVE SUITE E
AGOURA HILLS CA 91301-4565

Bambo Incorporated
c/o L Peter Ryan Esq
855 Front St
San Francisco, CA 94111-1411

CP OHALLORAN ASSOCIATES INC
2659 TOWNSGATE ROAD SUITE 213
WESTLAKE VILLAGE CA 91361-2792

Dimes, LLC
c/o Louis A. Cicalese
12121 Wilshire Blvd., Suite 200
Los Angeles, CA 90025-1164

EAST WEST BANK
9300 FLAIR DRIVE 6TH FLOOR
EL MONTE CA 91731-2851

ENSITU ENGINEERING
685 MAIN STREET SUITE A
MORRO BAY CA 93442-2272

FRANCHISE TAX BOARD
ATTENTION BANKRUPTCY
PO BOX 2952
SACRAMENTO CA 95812-2952

FREEDMAN AND TAITELMAN LLP
1901 AVENUE OF THE STARS SUITE 500
LOS ANGELES CA 90067-6027

GAMES AND STACEY LLP
16633 VENTURA BLVD SUITE 1220
ENCINO CA 91436-1872

GREENWORKS STUDIO
5150 WILSHIRE BLVD
LOS ANGELES CA 90036-4303

GREGORY L DOLL
DOLL AND AMIR LLP
1888 CENTURY PARK EAST SUITE 1106
LOS ANGELES CA 90067-1715

HKS ARCHITECTS INC
PO BOX 674097
DALLAS TX 75267-4097

HKS INC
DBA HKS ARCH
1919 MCKINNEY AVE
DALLAS TX 75201-1753

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JAMES HYATT STUDIO
PO BOX 57515
LOS ANGELES CA 90074-7515

LANG LIGHTING DESIGN INC
4645 N CENTRAL EXPRESSWAY SUITE 120
DALLASTX 75205-7325

LAW OFFICES OF ASHA DHILLON
1880 CENTURY PARK EAST SUITE 315
LOSANGELESCA 90067-1631

LOS ANGELES COUNTY TAX COLLECTOR
PO BOX 54018
LOS ANGELES CA 90054-0018

Los Angeles County Treasurer and Tax Collect
PO Box 54110
Los Angeles CA 90054-0110

MANHATTAN PARTNERS LLC
704 18TH ST
SANTA MONICA CA 90402-3020